IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00539-WDM-PAC

FONOVISA, INC., et al.,

    Plaintiffs,

v.

MARCO VILLASANA,

    Defendant.

_____

**ORDER VACATING ORDER AND PERMANENT INJUNCTION AND ADMINISTRATIVELY CLOSING CASE**
_____

This matter is before me on the Notice of Defendant's Bankruptcy, dated September 5, 2005, and filed September 6, 2005. Immediately prior to that filing I had entered an Order and Permanent Injunction Based on Default Judgment on September 6, 2005. Given the defendant's prior bankruptcy filing and the automatic stay, judgment should not enter. Accordingly, it is ordered:

    1. My September 6, 2005 Order and Permanent Injunction Based on Default Judgment is vacated; and

    2. Given defendant's bankruptcy, this matter is administratively closed. If no action is taken to reopen this case on or before September 19, 2006, the case will be

dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on September 19, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge