IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00539-WDM-PAC

FONOVISA, INC., et al.,

    Plaintiffs,

v.

MARCO VILLASANA,

    Defendant.

_____

**ORDER**
_____

There being no further activity in this case since the administrative closure September 19, 2005, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on October 24, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge